Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
Attorney for Exeter Finance LLC
f/k/a Exeter Finance Corp.

|  |  |
|---|---|
| IN RE: WILLIAM A. SPENCE<br>SONTAY L. SPENCE | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER: 13<br>CASE NO: 24-11063 (ABA)<br>HEARING DATE:<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Exeter Finance LLC f/k/a Exeter Finance Corp. enters its appearance and the law firm of Eisenberg Gold & Agrawal, P.C., pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Santander Consumer USA Inc.with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200

Exeter Finance LLC f/k/a Exeter Finance Corp. pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Santander Consumer USA Inc by due service upon its undersigned attorneys at the address stated above and also to it a to the following address:

Exeter Finance LLC
f/k/a Exeter Finance Corp.
2860 Patton Rd.
Roseville, MN 55113

Exeter Finance LLC f/k/a Exeter Finance Corp. pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/ William E. Craig

William E. Craig, Esquire
Attorney for Exeter Finance LLC
f/k/a Exeter Finance Corp.

Dated:  2/23/24