Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−11063−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William A. Spence                    Sontay L. Spence
410 Snow Fox Lane                    410 Snow Fox Lane
Egg Harbor Township, NJ 08234        Egg Harbor Township, NJ 08234

Social Security No.:
xxx−xx−6338                          xxx−xx−1401

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 25, 2024.

Dated: July 25, 2024
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-11063-ABA |
| William A. Spence | Chapter 13 |
| Sontay L. Spence | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 25, 2024 | Form ID: plncf13 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William A. Spence, Sontay L. Spence, 410 Snow Fox Lane, Egg Harbor Township, NJ 08234-8014 |
| cr | + | Exeter Finance LLC f/k/a Exeter Finance Corp., 2860 Patton Road, Roseville, MN 55113-1100 |
| 520153814 | + | First Harvest Credit Union, 1615 Hurffville Rd, Woodbury NJ 08096-6406 |
| 520153822 | | NJ Division of Taxation, 3 John Fitch Way 5th Floor, Trenton NJ 08611 |
| 520153824 | | Pinnacle Svc Sol, Allentown PA 18102 |
| 520153826 | + | Trinity Solar, 133 Gaither Dr, Mount Laurel NJ 08054-1710 |
| 520153829 | + | Westgate, 5601 Windhover Dr, Orlando FL 32819-7936 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 25 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jul 25 2024 20:33:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520153809 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 25 2024 20:33:00 | Atlantic City Electric, PO Box 13610, Philadelphia PA 19101-3610 |
| 520167257 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 25 2024 20:33:00 | Atlantic City Electric Company, 5 Collins Drive Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520153810 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 25 2024 20:33:00 | Carmax, PO Box 6045, Carol Stream IL 60197 |
| 520154075 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 25 2024 20:33:00 | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT STE 210, KENNESAW, GA 30144 |
| 520153811 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 20:43:46 | Citi Bank, PO Box 70166, Philadelphia PA 19176-0166 |
| 520153812 | + | Email/Text: bankruptcy@sw-credit.com | Jul 25 2024 20:33:00 | Comcast, co Southwest Credit Systems, 4120 International Pkwy 1100, Carrollton TX 75007-1958 |
| 520153820 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 20:54:38 | Macys, DSNB, PO Box 8218, Mason OH 45040 |
| 520176441 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jul 25 2024 20:44:20 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 520156571 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2024 20:43:10 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: plncf13 | Total Noticed: 36 |

| Recipient # | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | | OK 73118-7901 |
| 520153813 | + Email/PDF: acg.exeter.ebn@aisinfo.com | Jul 25 2024 20:43:40 | Exeter Finance LLC, 2101 W John Carpenter Fwy, Irving TX 75063-3228 |
| 520153815 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2024 20:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 520153816 | Email/Text: mail@jjenkinslawgroup.com | Jul 25 2024 20:33:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520153817 | Email/Text: assetrecovery@jerseyshorefcu.org | Jul 25 2024 20:32:00 | Jersey Shore FCU, 1434 New Road, Northfield NJ 08225 |
| 520177920 | + Email/Text: rmcdowell@slgcollect.com | Jul 25 2024 20:33:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520213768 | ^ MEBN | Jul 25 2024 20:29:41 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520153818 | ^ MEBN | Jul 25 2024 20:29:12 | Loan Depot, PO Box 251612, Plano TX 75025-1518 |
| 520153819 | + Email/Text: camanagement@mtb.com | Jul 25 2024 20:33:00 | MT Bank, 1 Fountain Pl, Buffalo NY 14203-1495 |
| 520153821 | ^ MEBN | Jul 25 2024 20:30:34 | Mariner Finance, PO Box 44490, Nottingham MD 21236-6490 |
| 520167566 | + Email/PDF: cbp@omf.com | Jul 25 2024 20:43:50 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520153823 | + Email/PDF: cbp@omf.com | Jul 25 2024 20:54:51 | Onemain, PO Box 1010, Evansville IN 47706-1010 |
| 520153825 | ^ MEBN | Jul 25 2024 20:30:05 | South Jersey Gas, Po Box 6091, Bellmawr NJ 080996091 |
| 520163269 | + Email/Text: electronicbkydocs@nelnet.net | Jul 25 2024 20:33:00 | U.S. Department of Education c/o Nelnet, US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520154780 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 25 2024 20:44:15 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520153827 | + Email/Text: electronicbkydocs@nelnet.net | Jul 25 2024 20:33:00 | Us Dept of EducationGLELSI, PO Box 7860, Madison WI 53707-7860 |
| 520213651 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2024 20:55:03 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520153828 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2024 20:54:52 | Wells Fargo Card Services, PO Box 77053, Minneapolis MN 55480-7753 |
| 520153829 | ^ MEBN | Jul 25 2024 20:30:25 | Westgate, 5601 Windhover Dr, Orlando FL 32819-7936 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jul 25, 2024 | Form ID: plncf13 | Total Noticed: 36

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024                            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Andrew B Finberg
on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew P. Chigounis
on behalf of Creditor Jersey Shore Federal Credit Union achigounis@slgcollect.com  anovoa@slgcollect.com

Denise E. Carlon
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeffrey E. Jenkins
on behalf of Joint Debtor Sontay L. Spence mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net

Jeffrey E. Jenkins
on behalf of Debtor William A. Spence mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net

Rebecca K. McDowell
on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9