Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-11063 (ABA)

William A. Spence and Sontay L. Spence  
410 Snow Fox Lane  
Egg Harbor Township, NJ  08234

Monthly Payment: $2,198.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/08/2024 | $1,487.00 | 05/03/2024 | $1,487.00 | 06/04/2024 | $1,487.00 | 07/15/2024 | $1,500.00 |
| 08/23/2024 | $1,487.00 | 09/20/2024 | $1,487.00 | 11/01/2024 | $1,487.00 | 12/30/2024 | $2,400.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILLIAM A. SPENCE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS LAW GROUP | 13 | $4,065.00 | $4,065.00 | $0.00 | $0.00 |
| 1 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $653.90 | $0.00 | $653.90 | $0.00 |
| 2 | CARMAX BUSINESS SERVICES, LLC | 24 | $16,192.00 | $2,427.66 | $13,764.34 | $0.00 |
| 3 | CITI BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | EXETER FINANCE, LLC | 33 | $17,806.92 | $0.00 | $17,806.92 | $0.00 |
| 6 | FIRST HARVEST CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 28 | $33,487.86 | $0.00 | $33,487.86 | $0.00 |
| 8 | JENKINS LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JERSEY SHORE F.C.U. | 24 | $12,218.80 | $1,831.96 | $10,386.84 | $0.00 |
| 10 | LOAN DEPOT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LAKEVIEW LOAN SERVICING, LLC | 24 | $7,038.00 | $1,055.21 | $5,982.79 | $0.00 |
| 12 | MACYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MARINER FINANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | NJ DIVISION OF TAXATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $11,632.07 | $0.00 | $11,632.07 | $0.00 |
| 16 | PINNACLE SVC SOL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRINITY SOLAR | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | WELLS FARGO BANK, N.A. | 33 | $5,517.47 | $0.00 | $5,517.47 | $0.00 |
| 22 | WESTGATE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | JEFFREY E. JENKINS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SONTAY L. SPENCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | DEPARTMENT OF THE TREASURY | 33 | $5,537.44 | $0.00 | $5,537.44 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 03/01/2024 | 4.00 | $0.00 |
| 07/01/2024 | Paid to Date | $5,961.00 |
| 08/01/2024 | 55.00 | $2,198.00 |
| 03/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,822.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $2,160.00 |
| Arrearages: | $4,129.00 |
| Attorney: | JENKINS LAW GROUP |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**