Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−11063−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William A. Spence                                       Sontay L. Spence
   410 Snow Fox Lane                                   410 Snow Fox Lane
   Egg Harbor Township, NJ 08234       Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−6338                                           xxx−xx−1401

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 5/16/25 at 09:00 AM

to consider and act upon the following:

*46* − in Opposition to (related document:43 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 04/15/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Jeffrey E. Jenkins on behalf of William A. Spence. (Jenkins, Jeffrey)

Dated: 4/14/25

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court