Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  24−11063−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William A. Spence
410 Snow Fox Lane
Egg Harbor Township, NJ 08234

Sontay L. Spence
410 Snow Fox Lane
Egg Harbor Township, NJ 08234

Social Security No.:
xxx−xx−6338

xxx−xx−1401

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 23, 2025.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 23, 2025
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
William A. Spence  
Sontay L. Spence  
    Debtors

Case No. 24-11063-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Jun 23, 2025     Form ID: 148     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William A. Spence, Sontay L. Spence, 410 Snow Fox Lane, Egg Harbor Township, NJ 08234-8014 |
| cr | + | Exeter Finance LLC f/k/a Exeter Finance Corp., 2860 Patton Road, Roseville, MN 55113-1100 |
| 520153814 | + | First Harvest Credit Union, 1615 Hurffville Rd, Woodbury NJ 08096-6406 |
| 520153824 | | Pinnacle Svc Sol, Allentown PA 18102 |
| 520153826 | + | Trinity Solar, 133 Gaither Dr, Mount Laurel NJ 08054-1710 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jun 23 2025 20:58:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520153809 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 23 2025 20:59:00 | Atlantic City Electric, PO Box 13610, Philadelphia PA 19101-3610 |
| 520167257 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 23 2025 20:59:00 | Atlantic City Electric Company, 5 Collins Drive Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520153810 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 23 2025 20:58:00 | Carmax, PO Box 6045, Carol Stream IL 60197 |
| 520154075 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 23 2025 20:58:00 | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT STE 210, KENNESAW, GA 30144 |
| 520153811 | + | EDI: CITICORP | Jun 24 2025 00:49:00 | Citi Bank, PO Box 70166, Philadelphia PA 19176-0166 |
| 520153812 | + | Email/Text: bankruptcy@sw-credit.com | Jun 23 2025 20:59:00 | Comcast, co Southwest Credit Systems, 4120 International Pkwy 1100, Carrollton TX 75007-1958 |
| 520153820 | | EDI: CITICORP | Jun 24 2025 00:49:00 | Macys, DSNB, PO Box 8218, Mason OH 45040 |
| 520176441 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jun 23 2025 21:03:28 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 520156571 | + | EDI: AISACG.COM | Jun 24 2025 00:49:00 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520153813 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | | |

| Recipient # | Flag | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jun 23 2025 21:15:19 | Exeter Finance LLC, 2101 W John Carpenter Fwy, Irving TX 75063-3228 |
| 520153815 | + | EDI: IRS.COM | Jun 24 2025 00:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 520153816 | | Email/Text: mail@jjenkinslawgroup.com | Jun 23 2025 20:58:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520153817 | | Email/Text: assetrecovery@jerseyshorefcu.org | Jun 23 2025 20:58:00 | Jersey Shore FCU, 1434 New Road, Northfield NJ 08225 |
| 520177920 | + | Email/Text: rmcdowell@slgcollect.com | Jun 23 2025 20:58:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520213768 | ^ | MEBN | Jun 23 2025 20:54:30 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520153818 | ^ | MEBN | Jun 23 2025 20:55:07 | Loan Depot, PO Box 251612, Plano TX 75025-1518 |
| 520153819 | + | Email/Text: camanagement@mtb.com | Jun 23 2025 20:59:00 | MT Bank, 1 Fountain Pl, Buffalo NY 14203-1495 |
| 520153821 | ^ | MEBN | Jun 23 2025 20:54:40 | Mariner Finance, PO Box 44490, Nottingham MD 21236-6490 |
| 520167566 | + | EDI: AGFINANCE.COM | Jun 24 2025 00:49:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520153823 | + | EDI: AGFINANCE.COM | Jun 24 2025 00:49:00 | Onemain, PO Box 1010, Evansville IN 47706-1010 |
| 520153822 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 23 2025 20:58:00 | NJ Division of Taxation, 3 John Fitch Way 5th Floor, Trenton NJ 08611 |
| 520153825 | ^ | MEBN | Jun 23 2025 20:54:46 | South Jersey Gas, Po Box 6091, Bellmawr NJ 080996091 |
| 520163269 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 23 2025 20:59:00 | U.S. Department of Education c/o Nelnet, US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520154780 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 23 2025 21:03:48 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520153827 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 23 2025 20:59:00 | Us Dept of EducationGLELSI, PO Box 7860, Madison WI 53707-7860 |
| 520213651 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 23 2025 21:04:27 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520153828 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 23 2025 21:15:07 | Wells Fargo Card Services, PO Box 77053, Minneapolis MN 55480-7753 |
| 520153829 | ^ | MEBN | Jun 23 2025 20:54:06 | Westgate, 5601 Windhover Dr, Orlando FL 32819-7936 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 23, 2025 | Form ID: 148 | Total Noticed: 36 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2025                               Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew P. Chigounis | on behalf of Creditor Jersey Shore Federal Credit Union achigounis@slgcollect.com  anovoa@slgcollect.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Sontay L. Spence mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor William A. Spence mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Rebecca K. McDowell | on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9