# JENKINS LAW GROUP

JEFFREY E. JENKINS *✧

---

* BOARD CERTIFIED-CONSUMER
BANKRUPTCY LAW-AMERICAN BOARD OF
CERTIFICATION APPROVED BY THE
AMERICAN BAR ASSOCIATION
✧ADMITTED TO PA & NJ BARS
○ADMITTED TO NJ BAR

ATTORNEYS AT LAW

412 WHITE HORSE PIKE

AUDUBON, N.J. 08106

(856) 546-9696

FAX (856) 546-7013

EMAIL: mail@jjenkinslawgroup.com

June 19, 2025

To:    All interested parties

Re:    William and Sontay Spence
Chapter 13 Case No. 24-11063-ABA
**Notice of Motion to Obtain Approval for Post-Petition Partial Claim Loan Modification Agreement**
Hearing Date:

Enclosed please find a copy of the following, which were all filed electronically with the Clerk of the United States Bankruptcy Court:

1. Notice of Motion
2. Certification in Support of Motion
3. Proposed form of Order
4. Statement as to Why No Brief is Necessary
5. Exhibit "A"
6. Certification of Service

Please be guided accordingly.

Very truly yours,

*Jeffrey E. Jenkins*

Jeffrey E. Jenkins

JEJ/mb
Enclosures
cc:    Andrew Finberg, Trustee
M&T Bank
William and Sontay Spence

**JENKINS LAW GROUP**
Jeffrey E. Jenkins, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

**United States Bankruptcy Court**
District of New Jersey

|  |  |  |
|---|---|---|
| In re __William and Sontay Spence__, Debtors | ) ) Case ) ) ) ) Chapter ) ) | No. 24-11063-ABA<br><br>13 |

# NOTICE OF MOTION TO APPROVE POST-PETITION PARTIAL CLAIM LOAN MODIFICATION AGREEMENT WITH M&T BANK

__William and Sontay Spence__ have filed papers with the Court to Obtain Approval for Post-Petition Partial Claim Loan Modification Agreement with M&T Bank.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you wish to consult one).**

If you do not want the Court to grant relief sought in Motion, or if you want the Court to consider your view on the Motion, then on or before __July 3, 2025__ you or your attorney must:

File with the Court a written request for a hearing at:

**U.S. Bankruptcy Court**
**U.S. Post Office & Courthouse**
**401 Market Street**
**Camden, NJ 08101**

If you mail your request/response to the Court for filing, you mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Jenkins Law Group
Attorneys for the Debtors
412 White Horse Pike
Audubon, NJ 08106

Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002

Attend the hearing to be held only in the event of an objection in the Courtroom of Judge Andrew B. Altenburg, Jr., U.S.B.J., United States Bankruptcy Court, 400 Cooper Street, Camden, New Jersey.

If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.

Date:   6/19/2025

/s/ *Jeffrey E. Jenkins*
Jeffrey E. Jenkins
Jenkins Law Group
412 White Horse Pike
Audubon, NJ 08106
Attorney for Debtors